

Niall D. Ó Murchadha
NOMurchadha@LundinPLLC.com
929.564.5483

November 18, 2025

**BY EMAIL AND E-FILING**
Hon. Andrew L. Carter
Daniel Patrick Moynihan United States Courthouse,
40 Foley Square, Courtroom 444
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Osio et al v. Moros et al*, 1:24-mc-00450 ALC

**Plaintiffs' Verified Letter Motion to Seal:
Ex Parte Motion for Issuance of TRIA Writ of Execution and
Appointment of Special Process Server**

Dear Judge Carter:

Plaintiffs respectfully request leave of Court to file under seal an Ex Parte Motion for Issuance of TRIA Writ of Execution and Appointment of Special Process Server, solely to attach blocked asset that belong to instrumentalities of Judgment Debtors. This motion is filed pursuant to the Court's published Individual Rules of Practice 6.C. and 6.D., and the ECF Rules & Instructions Section 6. The Ex Parte Motion does not involve any garnishee or blocked party that is currently before this Court.

Plaintiffs' proposed Ex Parte Motion is necessary to protect certain financial details, and our attorney work product. Their premature disclosure to the public would allow competing judgment creditors to use Plaintiffs' work product to try to achieve a levy before Plaintiffs do and thereby attempt to defeat Plaintiffs' execution.

Plaintiffs are aware of the general policy for public access of federal court dockets, and we therefore only request a <u>temporary sealing</u> sufficient to allow the Orders & Judgments Clerk to issue the subject writ of execution, for Plaintiffs to serve and levy the writ on the garnishee, file the affidavit of service and certify compliance with the CPLR §5232(c) notice of levy provision.

After the attachment and notice is complete, further proceedings concerning those accounts, such as motions for turnover, will be done in the public docket.

Plaintiffs also seek appointment of a special process server to proceed expeditiously to attach the referenced assets. This relief is supported by the Ex Parte Motion and by its attachments.

Plaintiffs respectfully request entry of a docket entry Order authorizing the sealing of the Ex Parte Motion and all exhibits thereto, including the writ of execution after issuance by the Clerk, for a limited period of 30 days from issuance of the writ.

Thank you for the Court's consideration.

Respectfully Submitted,

Niall D. Ó Murchadha