# MAYER | BROWN

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/27_____

er Brown LLP
Street, N.W.
: 20006-1101
:s of America

T: +1 202 263 3000
F: +1 202 263 3300
mayerbrown.com

**Alex C. Lakatos**
T: +1 202 263 3312
F: +1 202 263 5312
ALakatos@mayerbrown.com

April 23, 2026

BY EMAIL AND FILING

TO:      Hon. Andrew L. Carter, Jr.
Daniel Patrik Moynihan U.S. Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

FROM:    Alex C. Lakatos

RE:      Osio et al. v. Moros et al., 1:24-mc-00450 ALC

---

**Plaintiffs' Verified Letter Motion to Seal:**
***Ex Parte* Motion for Issuance of TRIA Writ of Garnishment**
**and Appointment of Special Process Server**

Dear Judge Carter:

Plaintiffs respectfully request leave of Court to file under seal an *Ex Parte* Motion for Issuance of TRIA Writ of Garnishment and Appointment of Special Process Server, solely to attach blocked assets that belong to instrumentalities of Judgment Debtors. This motion is filed pursuant to the Court's published Individual Rules of Practice 6.C. and 6.D., and the ECF Rules & Instructions Section 6. The *Ex Parte* Motion does not involve any garnishee or blocked party that is currently before this Court.

Plaintiffs' proposed *Ex Parte* Motion (filed separately under seal) is necessary to protect certain financial details, and our attorney work product. Their premature disclosure to the public would allow a competing judgment creditors to use Plaintiffs' work product to try to achieve an earlier levy before Plaintiffs do and thereby attempt to defeat Plaintiffs' execution.

Plaintiffs are aware of the general policy for public access of federal court dockets, and we therefore only request a temporary sealing sufficient to allow the Orders & Judgments Clerk to issue the subject writ of execution, for Plaintiffs to serve and levy the writ on the garnishee, file the affidavit of service and certify compliance with the CPLR §5232(c) notice of levy provision.

After the attachment and notice is complete, further proceedings concerning those accounts, such as motions for turnover, will be done in the public docket.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

April 23, 2026
Page 2

Plaintiffs also seek appointment of a special process server to proceed expeditiously to attach the referenced assets. This relief is supported by the *Ex Parte* Motion and by its attachments.

Plaintiffs respectfully request entry of a docket entry Order authorizing the sealing of the *Ex Parte* Motion and all exhibits thereto, including the writ of garnishment after issuance by the Clerk, for a limited period of 30 days from issuance of the writ.

Thank you for the Court's consideration.

Respectfully submitted

/s/ Alex C. Lakatos
Alex C. Lakatos (*pro hac vice* pending)
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3312
ALakatos@mayerbrown.com

The Court having found sufficient cause under Federal Rule of Civil Procedure 5.2(d), Plaintiffs' Motion to Seal is **GRANTED.** The Clerk of Court is respectfully directed to place under seal Plaintiffs' Ex Parte Motion for Issuance of TRIA Writ of Garnishment and Appointment of Special Process Server (Dkt. 10) and supporting Declaration (Dkt. 11). The documents shall remain under seal until further Order of the Court.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 27, 2026