

April 27, 2026

*Via Email and Filed Via CM/ECF*

Honorable Judge Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007
(ALCarterNYSDChambers@nysd.uscourts.gov)

**RE:    *Osio et al. v. Maduro Moros et al.*,
        Case No. 1:24-mc-450 (S.D.N.Y.)**

Dear Judge Carter:

We represent non-party Banco Digital de los Trabajadores, Banco Universal C.A. f/k/a Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco Universal C.A. ("BDT"),[1] whose assets are the subject of the Plaintiffs' "Verified Letter Motion to Seal: Ex Parte Motion for Issuance of TRIA Writ of Garnishment and Appointment of Special Process Server" filed on April 23, 2026, ECF No. 9. Plaintiffs simultaneously filed a Sealed Ex Parte Motion and Sealed Declaration regarding an "Equiniti account" in the name of our client, BDT. ECF Nos. 10, 11.

The Plaintiffs' Letter Motion to Seal failed to inform the Court that there are related actions pending before Judge Schofield (and by referral Magistrate Judge Netburn), including a prior action that involves BDT's funds held by Equiniti Trust Company, as described in more detail below. BDT respectfully requests that the Letter Motion to Seal be denied, that the Ex Parte Motion, Sealed Declaration, and all exhibits be unsealed, and that this matter be reassigned to Judge Schofield.

By way of background,

- In September 2024, Osio commenced the instant case, 24-mc-450 (the "2024 Osio Case"), by registering a 2023 Southern District of Florida final default judgment, SDFL Case No. 21-cv-20706 ("Osio SDFL Case"). At that time, related actions were pending in this Court commenced by competing creditors seeking to execute on assets of Venezuelan state-owned entities: *Stansell v. FARC*, 16-mc-405, *Pescatore v. Palmera*

---

[1] By this filing, BDT does not consent to jurisdiction and expressly preserves all rights and defenses, including but not limited to those based on personal jurisdiction and service of process.

April 27, 2026
Page 2

*Pineda*, 18-mc-545, and *In re Claims Against the Valero-Petrocedeño Account (formerly known as Caballero v. FARC)*, 20-mc-249.[2]

- In September 2025, Osio commenced a second case in this Court, *Osio v. Maduro Moros*, 25-mc-390 (the "2025 Osio Case"), for "Appointment of Special Process Server," *see* 2025 Osio Case at ECF No. 1, but the action also sought an ex parte writ of execution in an effort to collect the same 2023 SDFL judgment that was the subject of the instant 2024 Osio case. *See* 2025 Osio Case, ECF No. 3, 5. In the second case, competing creditor Caballero filed a letter motion to consolidate and transfer, noting Osio's forum shopping attempts. *Id.,* ECF No. 11. Also, on October 13, 2025, Petrocedeño, another execution target, filed a letter motion to reassign the matter to Judge Schofield, also noting Osio's forum shopping attempts. *Id.,* ECF No. 16, attached as Exhibit 1 hereto. The case was immediately accepted as related to the *Stansell* case (16-mc-405) and reassigned to Judge Schofield. *See* Docket Entries, October 14, 2025. Osio then withdrew the application for writ of execution and appointment of special process server, stating an intention to refile in the *In re Claims Against the Valero-Petrocedeño Account* case, 20-mc-249. *Id.,* DE 17.

- As a result, all matters referred to above, except this 2024 Osio Case, are marked as related and are assigned to Judge Schofield.

- Osio did not prosecute this 2024 Osio Case and there was no significant docket activity until April 23, 2026, when Osio filed the Letter Motion to Seal, Sealed Ex Parte Motion, and Sealed Declaration at issue.

- BDT funds held at Equiniti have long been the subject of a **2021** interpleader filed by Equiniti naming BDT as a third-party defendant in the related *Stansell* case. *See Stansell* (16-mc-405), DE 208. The assets of BDT are the subject of writs of garnishment and turnover motions in the *Stansell* and *Pescatore* cases. *See*, e.g., *Stansell*, DE 138, 244, *Pescatore* (18-mc-545), DE 64, 110.

_____

[2] In May 2025, with respect to the account at issue in *In re Claims Against the Valero-Petrocedeño Account*, 20-mc-249, the Osio SDFL Case was transferred to this Court, *Osio v. Maduro Moros*, 25-cv-3992, as was an earlier SDFL case commenced by the Stansell plaintiffs, *Stansell v. FARC*, 25-cv-4181. Those cases were consolidated by order dated July 8, 2025, and are pending before Judge Schofield. *See* 20-mc-249, ECF No. 162.

April 27, 2026
Page 3

Given the above related actions, there are no clear and compelling reasons to justify the sealing of motions and related documents in the instant case. This matter should be marked as related to the matters pending before and should be transferred to Judge Schofield for future handling.

Respectfully submitted,

*/s/ Marcos Daniel Jiménez*
Marcos Daniel Jimenez
Kathryn M. Decker
LEÓN COSGROVE JIMÉNEZ, LLP
One World Trade Center
85th Floor, Suite 12
New York, NY 10007

*Counsel for BDT*

c:        All counsel of record via ECF